

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Elizabeth J. Sibley, as independent
administrator of the Estate of Jane
Dunn Sibley, et al.,

Vs. No. 11-21-00133-CV

Robert Bechtel; W. Burgess Wade;
Sara Bullock McIntosh; Dan Bullock;
and Denna McGuire and Robert McGuire,
as independent co-executors of the Estate
of Allen McGuire,

\* From the 385th District Court
  of Midland County,
  Trial Court No. CV57310.

\* December 17, 2021

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered the joint motion for partial dismissal filed in this appeal by Appellants and Appellees Denna McGuire and Robert McGuire, as independent co-executors of the Estate of Allen McGuire, and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed in part—insofar as it relates to the McGuire Appellees. Appellants' appeal remains active with respect to the remaining Appellees.